## PETTIS, appellant, v. PIER.

*Trial — charge on matters not in issue — when exceptions to charge not necessary.*

The judge at trial charged that if plaintiff's agent was negligent plaintiff could not recover, and stated that there was hardly any evidence of negligence. There was no evidence whatever of negligence. *Held*, that the charge was error.

The court will grant a new trial because of errors in the charge, although ıı t xcepted to, when it can see that such errors were calculated to, and probably did, mislead the jury.

APPEAL from a judgment entered in favor of defendant upon the verdict of a jury and from an order denying a new trial. The

action was brought by William H. Pettis against Delos D. Pier and Edwin R. Murray, to recover the value of thirty bales of hops alleged to have been converted by defendants.

*Ball & Searle* and *Charles Mason,* for appellants.

*Bagg & Collins,* for respondents.

MULLIN, P. J.

The head-note states all the points of any importance passed upon in the opinion.

*Judgment reversed and new trial ordered.*